**Order entered October 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01151-CR

### MATTHEW GERTH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1875681-T**

## ORDER

Before the Court is the State's motion for extension of time to file its brief.

We **GRANT** the motion. We **ORDER** the brief received on October 6, 2020, filed

as of the date of this order.

/s/    LANA MYERS
       PRESIDING JUSTICE